**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o ALDO IACOVO, <br><br> Plaintiffs(s), <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC.; UFCW UNION LOCAL 464A; ABC CORP. (1-10) (Said names being fictitious and unknown entities), <br><br> Defendant(s), | CIVIL ACTION NO.: 2:12-cv-04173 <br><br> **CIVIL ACTION** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party with prejudice.

Massood & Bronsnick, LLC                    Connell Foley, LLP

_____              _____
ANDREW R. BRONSNICK, ESQ.                   MATTHEW A. BAKER, ESQ.
Attorney for Plaintiffs                      Attorney for Defendant, Horizon BCBS

Dated: August 27, 2012

9/5/12
SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.